**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> ZOE USA HOLDINGS, INC. et al. <br><br> Debtor. <br><br> TAX ID No. 26-0011964 | Chapter 11 <br><br> Case No. 14-12452 (BLS) |
| In re: <br><br> ZOE HOTELS, INC. <br><br> Debtor. <br><br> TAX ID No. 13-2769974 | Chapter 11 <br><br> Case No. 14-12454 (BLS) |
| In re: <br><br> ZOE LODGING, INC. <br><br> Debtor. <br><br> TAX ID No. 13-3303428 | Chapter 11 <br><br> Case No. 14-12455 (BLS) |
| In re: <br><br> MKEL HOLDINGS LLC <br><br> Debtor. <br><br> TAX ID No. 27-3511104 | Chapter 11 <br><br> Case No. 14-12456 (BLS) |

**ORDER UNDER 11 U.S.C. § 105(a) DIRECTING JOINT**
**ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (the "Debtors"), for entry of an order, pursuant to section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015 and Local Rule 1015-1 authorizing the joint administration of the Debtors' related chapter 11 cases for procedural purposes only; and upon the Declaration of

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Motion.

143353.01600/22333078v.1

James P. Shinehouse in Support of the Motion; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances and that no other or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors' estates, the Debtors' creditors and other parties-in-interest in these cases; and after due deliberation and sufficient cause appearing therefore;

    IT IS HEREBY ORDERED THAT:

    1.    The Motion is granted.

    2.    The above-captioned chapter 11 cases are hereby consolidated for procedural purposes only and shall be jointly administered by this Court.

    3.    Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the above-captioned chapter 11 cases.

*[Remainder of page intentionally left blank]*

143353.01600/22333078v.1

4. One file and one docket shall be maintained for the jointly administered cases. All future pleadings, papers, and other documents filed in the Debtors' chapter 11 cases shall be captioned under one consolidated caption and shall be filed and docketed in Case No. 14-12452. The consolidated caption shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ZOE USA HOLDINGS, INC. et al.[1] | : | Case No. 14-12452 (BLS) |
| | : | (Jointly Administered) |
| Debtors. | : | |

[1] The Debtors and the last four digits of their respective tax identification numbers are: Zoe USA Holdings, Inc., a Delaware corporation (1964); MKEL Holdings LLC, a Delaware limited liability company (1104); Zoe Hotels, Inc., a New York corporation (9974); and Zoe Lodging, Inc., a Delaware corporation (3428).

5. The Clerk is directed to make a docket entry in each of the Debtors' cases other than Zoe USA Holdings, Inc. substantially as follows:

> An order has been entered in this case directing the joint administration of chapter 11 cases. The docket in the chapter 11 case of Zoe USA Holdings, Inc., Case No. 14-12452 should be consulted for all matters affecting this case.

6. The Debtors are hereby authorized to (a) utilize a combined service list for the jointly administered cases and (b) send combined notices to creditors of the Debtors' estates and other parties-in-interest, as applicable.

7. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

8. The Court shall retain jurisdiction to hear and determine all matters arising from the interpretation or implementation of this Order.

Dated: _____, 2014

                                              _____
                                              Honorable Brendan L. Shannon
                                              Chief United States Bankruptcy Judge

143353.01600/22333078v.1