# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ZOE USA HOLDINGS, INC. et al.[1] | : | Case No. 14-12452 (BLS) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 2, 2014 AT 1:30 P.M.

### ***AS THERE ARE NO MATTERS GOING FORWARD, THE HEARING HAS BEEN CANCELED WITH THE PERMISSION OF THE COURT***

**I.    RESOLVED MATTERS:**

1. Application of Zoe USA Holdings, Inc. and Affiliated Debtors for Authority to Employ Blank Rome LLP as General Bankruptcy Counsel [Docket No. 15; filed 11/5/14]

    Objection Deadline:    November 21, 2014 at 4:00 p.m.

    Objections/Responses Received:  None.

    Related Documents:

    A. Certificate of No Objection [Dkt. No. 23; filed 11/24/14]

    B. Order Authorizing Debtors In Possession To Employ Blank Rome LLP As General Bankruptcy Counsel [Dkt. No. 24; filed 11/24/14]

---

[1] The Debtors and the last four digits of their respective tax identification numbers are:  Zoe USA Holdings, Inc., a Delaware corporation (1964); MKEL Holdings LLC, a Delaware limited liability company (1104); Zoe Hotels, Inc., a New York corporation (9974); and Zoe Lodging, Inc., a Delaware corporation (3428).

143353.01600/22354119v.1

<u>Status</u>: The Court has entered the order. Accordingly, no hearing is necessary.

Dated: December 1, 2014                         **BLANK ROME LLP**

                                                    */s/ Josef W. Mintz*
                                                    Josef W. Mintz (No. 5644)
                                                    1201 Market Street, Suite 800
                                                    Wilmington, DE 19801
                                                    Telephone: (302) 425-6400
                                                    Facsimile: (302) 425-6464

                                                    -and-

                                                    John E. Lucian *(admitted pro hac vice)*
                                                    One Logan Square
                                                    130 N. 18th Street
                                                    Philadelphia, PA 19103
                                                    Telephone: (215) 569-5500
                                                    Facsimile: (215) 569-5555

                                                    *Counsel to Debtors*

143353.01600/22354119v.1